# Exhibit A

| | |
|---|---|
| **Subject:** | External E-mail - PJT Follow up |
| **Date:** | Friday, January 24, 2025 at 7:55:56 PM Eastern Standard Time |
| **From:** | Tauber, Charles |
| **To:** | Dexter Goei (EXT) |
| **CC:** | Lenny Carey, Mathew Bazley, Michael Olsen, Zelin, Steven, Higbie, Tom, McGilvery, Michael |
| **Attachments:** | ATUS Co-Op Key Provisions (1.24.2025).pdf |

**Caution:** This is an external email and may contain suspicious content. Please do not click links or attachments unless you recognize the sender and know the content is safe

Dexter –

Thanks again for the time yesterday. At the risk of over-communicating and telling you what you already know, we wanted to highlight a few key details of the Co-Op (summarized in the attached slides):

1. The Co-Op represents $21.4bn (~99%) of Altice USA's debt excluding the RCF, including $4.8bn (~100%) of the Bank Debt, $10.7bn (~100%) of the SGNs, and $5.9bn (~96%) of the SUNs
2. The initial duration of the Co-Op is through January 2026, with three 6-month extension options with 50.1% approval to reach an Outside Date of July 2027. Given the concentration of holdings and the alignment of creditor views we think we can get the extension very easily
3. The Co-Op prohibits transfers to the Company and any of its affiliates, so the Company will not be able to repurchase Co-Op debt at a discount through open market purchases
4. The Co-Op requires pro rata treatment on account of "Co-Op debt" of same tranche / series
5. Termination of the Co-Op before the initial maturity requires

1 of 3

approval of 90% of the Co-Op

We've also included a summary of recent liability management transactions and the percentage of market discount captured in those transactions. The average is ~30% of the market discount, which is $4bn today, implying a $1.2bn discount without any mitigating factors. We would expect this transaction to have a lower than average discount given the scale/duration of the Co-Op and the percentage of your current discount that is due to below market coupons on the debt.

In short, there are limits on what the company can do non-consensually. The co-op takes a coercive exchange off the table. And a dropdown increases the probability of '27-'29 refi, but does not guarantee it.

The group remains willing to offer you both material discount to facilitate a sale plus maturity extensions and financing options to finance the turnaround if the sale does not materialize.  We think that keeping the dialogue open is mutually beneficial and finding a way to meet in person makes sense.

Happy to discuss if you have any questions.

Thank you and regards,

Charles


**Charles Tauber**

Partner
PJT Partners
280 Park Avenue | New York, NY 10017
office / text. +1.212.364.2831 | mobile. +1.917.544.0411

*Partners have limited liability status.*


This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not an intended recipient of an electronic communication, please notify the sender immediately, delete the message and do not act upon, print, disclose, copy, retain or redistribute any portion or contents to any other person. Please refer to www.pjtpartners.com/email-disclaimer for important disclosures regarding this electronic communication, including information if you are not the intended recipient.

January 2025





Altice USA, Inc.

DISCUSSION MATERIALS

DRAFT

CONFIDENTIAL

# Summary of Altice USA Co-Op Key Provisions

| Group | Participation ($ / %) |
|---|---|
| Bank Debt | $4.8bn / (~100%) |
| SGNs | $10.7bn / (~100%) |
| SUNs | $5.9bn / (~96%) |
| **Total** | **$21.4bn / (99%)** |

| Issue | Description |
|---|---|
| **Subject Debt** | > Includes Bank Debt (TLB-6, TLB-5, and RCF), Senior Guaranteed Notes ("SGNs"), and Senior Unguaranteed Notes ("SUNs"), including held by affiliates |
| **Co-Op Duration and Extension Durations / Thresholds** | > **18 months from Effective Date (July 3, 2024), initial duration through January 3, 2026**<br>> **Extendable for up to three 6-month periods (for total of 36 months, through July 3, 2027) by approval of holders of:**<br>- **More than 50% of aggregate outstanding principal amount of all "Co-Op debt"**<br>- Extension beyond 36-month period requires unanimous approval |
| **Pro Rata Treatment Language** | > Pro rata treatment on account of "Co-Op debt" of same tranche / series |
| **Covered Transaction Approval Threshold** | > **Holders of 66.67% of Co-Op holdings of each of the 3 classes of "Co-Op debt" (Bank Debt (which also must include more than 50% outstanding of TLB-6), SGNs, and SUNs)** |
| **Transfers** | > Co-Op debt transferred remains Co-Op debt; transferee must sign a joinder if not already a Co-Op party<br>> **No transfers to the Company or its affiliates, including through open market purchases** |
| **Amendment Threshold** | > Amendments to the Co-Op will require support of more than 50% of each of Bank Debt, SGNs, and SUNs that are Co-Op Debt, subject to certain exceptions including:<br>- Amendments to Covered Transaction Approval Threshold must be approved by holdings representing the Covered Transaction Approval Threshold<br>- Amendments to negative covenants, which include definition of Covered Transaction and Pro Rata Treatment Requirement, and amendment provisions require support of 90% of Co-Op debt |
| **Termination Threshold** | > **90% of aggregate outstanding principal amount of all Co-Op debt** |

DRAFT

CONFIDENTIAL

2

# Discount Capture Comparables
*Discount Captured as % of Total Market Discount (Select Recent LM Transactions)*



$1.6bn discount offered (40% of market) (1/23 Creditor Counter at 7.0x)

28% Average Discount Captured

Values: 130%, 61%, 47%, 46%, 38%, 38%, 33%, 33%, 32%, 27%, 27%, 27%, 27%, 27%, 25%, 24%, 24%, 23%, 23%, 23%, 23%, 22%, 22%, 18%, 17%, 17%, 17%, 16%, 16%, 13%, 13%, 8%, 6%, 6%

CONFIDENTIAL    DRAFT

3

# Disclaimer

This document contains highly confidential information and is solely for informational purposes. You should not rely upon it or use it to form the definitive basis for any decision or action whatsoever, with respect to any proposed transaction or otherwise. You and your affiliates and agents must hold this document and any oral information provided in connection with this document, as well as any information derived by you from the information contained herein, in strict confidence and may not communicate, reproduce or disclose it to any other person, or refer to it publicly, in whole or in part at any time except with our prior written consent. If you are not the intended recipient of this document, please delete and destroy all copies immediately.

This document is "as is" and is based, in part, on information obtained from other sources. We have assumed and relied upon the accuracy and completeness of such information for purposes of this document and have not independently verified any such information. Neither we nor any of our affiliates or agents, makes any representation or warranty, express or implied, in relation to the accuracy or completeness of the information contained in this document or any oral information provided in connection herewith, or any data it generates and expressly disclaim any and all liability (whether direct or indirect, in contract, tort or otherwise) in relation to any of such information or any errors or omissions therein. Any views or terms contained herein are preliminary, and are based on financial, economic, market and other conditions prevailing as of the date of this document and are subject to change. We undertake no obligations or responsibility to update any of the information contained in this document. Past performance does not guarantee or predict future performance.

This document does not constitute an offer to sell or the solicitation of an offer to buy any security, nor does it constitute an offer or commitment to lend, syndicate or arrange a financing, underwrite or purchase or act as an agent or advisor or in any other capacity with respect to any transaction, or commit capital, or to participate in any trading strategies, and does not constitute legal, regulatory, accounting or tax advice to the recipient. This document does not constitute and should not be considered as any form of financial opinion or recommendation by us or any of our affiliates. This document is not a research report nor should it be construed as such.

This document may include information from the S&P Capital IQ Platform Service. Such information is subject to the following: "Copyright © 2024, S&P Capital IQ (and its affiliates, as applicable). This may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Third party content providers do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. THIRD PARTY CONTENT PROVIDERS GIVE NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. THIRD PARTY CONTENT PROVIDERS SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, EXEMPLARY, COMPENSATORY, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, COSTS, EXPENSES, LEGAL FEES, OR LOSSES (INCLUDING LOST INCOME OR PROFITS AND OPPORTUNITY COSTS OR LOSSES CAUSED BY NEGLIGENCE) IN CONNECTION WITH ANY USE OF THEIR CONTENT, INCLUDING RATINGS. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice."

This document may include information from SNL Financial LC. Such information is subject to the following: "CONTAINS COPYRIGHTED AND TRADE SECRET MATERIAL DISTRIBUTED UNDER LICENSE FROM SNL. FOR RECIPIENT'S INTERNAL USE ONLY."

PJT Partners LP ("PJT Partners") is a SEC registered broker-dealer and is a member of FINRA and SIPC. PJT Partners is represented in the United Kingdom by PJT Partners (UK) Limited. PJT Partners (UK) Limited is authorised and regulated by the Financial Conduct Authority (Ref No. 678983) and is a Company registered in England and Wales (No. 9424559). PJT Partners is represented in Spain by PJT Partners Park Hill (Spain) A.V., S.A.U., a firm authorized and regulated by the Comision Nacional del Mercado de Valores ("CNMV"). PJT Partners is represented in Hong Kong by PJT Partners (HK) Limited, authorised and regulated by the Securities and Futures Commission. In connection with our capital raising services in Canada, PJT Partners relies on the international dealer exemption pursuant to subsection 8.18(2) of National Instrument 31-103 Registration Requirements. Please see https://pjtpartners.com/regulatory-disclosure for more information.

Copyright © 2024, PJT Partners LP (and its affiliates, as applicable).

DRAFT