UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

OPTIMUM COMMUNICATIONS, INC.;
CSC HOLDINGS, LLC,
                     Plaintiffs,

-against-

APOLLO CAPITAL MANAGEMENT, L.P.; ARES MANAGEMENT LLC;
BLACKROCK FINANCIAL MANAGEMENT, INC.; GOLDENTREE
ASSET MANAGEMENT LP; J.P. MORGAN INVESTMENT
MANAGEMENT INC.; LOOMIS, SAYLES & COMPANY, L.P.;
OAKTREE CAPITAL MANAGEMENT, L.P.; PGIM, INC.; Doe Entities
#1-#1000,
                     Defendants.

25 Civ. 9785 ( JAV )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __David L. Schwarz__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Optimum Communications, Inc. and CSC Holdings, LLC__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __District of Columbia and California__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 15, 2025

Respectfully Submitted,

*[signature]*

Applicant Signature: __/s/ David L. Schwarz__

Applicant's Name: David L. Schwarz

Firm Name: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Address: 1615 M Street NW, Suite 400

City/State/Zip: Washington, D.C. 20036

Telephone/Fax: (202) 326-7984

Email: dschwarz@kellogghansen.com