AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Optimum Communications, Inc.; CSC Holdings, LLC, <br><br> *Plaintiffs* <br><br> v. <br><br> Apollo Capital Management, L.P.; Ares Management LLC; BlackRock Financial Management, Inc.; GoldenTree Asset Management LP; J.P. Morgan Investment Management Inc.; Loomis, Sayles & Company, L.P.; Oaktree Capital Management, L.P.; PGIM, Inc.; Doe Entities #1-#1000 <br><br> *Defendants* | Case No. 25-cv-9785 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apollo Capital Management, L.P.; Ares Management LLC; BlackRock Financial Management, Inc.; GoldenTree Asset Management LP; J.P. Morgan Investment Management Inc.; Loomis, Sayles & Company, L.P.; Oaktree Capital Management, L.P.; and PGIM, Inc.

Date: 12/18/2025

*/s/ Steven L. Holley*
*Attorney's signature*

Steven L. Holley, 1917830
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
*Address*

holleys@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*