UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPTIMUM COMMUNICATIONS, INC.; CSC HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOLLO CAPITAL MANAGEMENT, L.P.; ARES MANAGEMENT LLC; BLACKROCK FINANCIAL MANAGEMENT, INC.; GOLDENTREE ASSET MANAGEMENT LP; J.P. MORGAN INVESTMENT MANAGEMENT INC.; LOOMIS, SAYLES & COMPANY, L.P.; OAKTREE CAPITAL MANAGEMENT, L.P.; PGIM, INC.; Doe Entities #1-#1000.<br><br>Defendants. | Case No. 25-cv-9785 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Renata B. Hesse hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Apollo Capital Management, L.P.; Ares Management LLC; BlackRock Financial Management, Inc.; GoldenTree Asset Management LP; J.P. Morgan Investment Management Inc.; Loomis, Sayles & Company, L.P.; Oaktree Capital Management, L.P.; and PGIM, Inc in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony or crime. I have never been censured, suspended, disciplined, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 18, 2025            Respectfully submitted,

                                               */s/ Renata B. Hesse*
                                                 Renata B. Hesse
                                                 SULLIVAN & CROMWELL LLP
                                                 1700 New York Avenue, N.W., Suite 700
                                                 Washington, D.C. 20006
                                                 Telephone: (202) 956-7500
                                                 Facsimile: (202) 293-6330
                                                 hesser@sullcrom.com