UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPTIMUM COMMUNICATIONS, INC.; CSC HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOLLO CAPITAL MANAGEMENT, L.P.; ARES MANAGEMENT LLC; BLACKROCK FINANCIAL MANAGEMENT, INC.; GOLDENTREE ASSET MANAGEMENT LP; J.P. MORGAN INVESTMENT MANAGEMENT INC.; LOOMIS, SAYLES & COMPANY, L.P.; OAKTREE CAPITAL MANAGEMENT, L.P.; PGIM, INC.; Doe Entities #1-#1000,<br><br>Defendants. | Case No. 1:25-cv-9785 (JAV)<br><br>ORAL ARGUMENT REQUESTED |

## **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the supporting Declaration of Kyle W. Mach and the exhibits attached thereto, Defendants Apollo Capital Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree Capital Management, L.P., and PGIM, Inc. ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an order dismissing the Complaint (ECF No. 1) in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: February 6, 2026

                    Respectfully submitted,

                    */s/ Kyle W. Mach*
                    Kyle W. Mach (*pro hac vice*)
                    SULLIVAN & CROMWELL LLP
                    550 Hamilton Avenue
                    Palo Alto, California 94301
                    Telephone: (650) 461-5600
                    Facsimile: (650) 461-5700
                    machk@sullcrom.com

                    Robert J. Giuffra, Jr.
                    Steven L. Holley
                    Brian D. Glueckstein
                    SULLIVAN & CROMWELL LLP
                    125 Broad Street
                    New York, New York 10004
                    Telephone: (212) 558-4000
                    Facsimile: (212) 558-3588
                    giuffrar@sullcrom.com
                    holleys@sullcrom.com
                    gluecksteinb@sullcrom.com

                    Renata B. Hesse (*pro hac vice*)
                    SULLIVAN & CROMWELL LLP
                    1700 New York Avenue, N.W., Suite 700
                    Washington, D.C. 20006
                    Telephone: (202) 956-7500
                    Facsimile: (202) 293-6330
                    hesser@sullcrom.com

                    *Attorneys for Defendants*