# KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

February 17, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Optimum Commc'ns, Inc., et al. v. Apollo Cap. Mgmt., L.P., et al.*, No. 25-cv-9785-JAV (S.D.N.Y.)

Dear Judge Vargas:

In accordance with the Court's February 12, 2026 order (Dkt. 67), Plaintiffs Optimum Communications, Inc. and CSC Holdings, LLC notify the Court that they intend to file an amended complaint by no later than February 27, 2026.

            Respectfully submitted,

            */s/ Joshua D. Branson*
            Joshua D. Branson (*pro hac vice*)
            KELLOGG, HANSEN, TODD,
              FIGEL & FREDERICK, P.L.L.C.
            1615 M Street, N.W., Suite 400
            Washington, D.C. 20036
            (202) 326-7900
            (202) 326-7999 (fax)
            jbranson@kellogghansen.com

            *Counsel for Plaintiffs*

cc:    All counsel of record (via ECF)