SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

## MEMO ENDORSED

March 12, 2026

By ECF

Honorable Jeannette A. Vargas,
   United States District Judge,
      United States District Court for the Southern District of New York,
         500 Pearl Street,
            New York, New York 10007.

> Re: *Optimum Commc'ns, Inc. et al.* v. *Apollo Cap. Mgmt., L.P. et al.*,
> Case No. 1:25-cv-09785-JAV

Dear Judge Vargas:

We represent Apollo Capital Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree Capital Management, L.P., and PGIM, Inc. (collectively, "Named Defendants") in the above-referenced action. We write on behalf of the Named Defendants to respectfully request unopposed extensions of the deadlines for (i) Named Defendants to file a renewed motion to dismiss the Amended Complaint, (ii) Plaintiffs Optimum Communications, Inc. and CSC Holdings, LLC to file an opposition to that motion, and (iii) Named Defendants to file a reply in support of the motion. Named Defendants also respectfully request a modest increase to the word limit for Named Defendants' renewed motion to dismiss, in order to accommodate revisions to Named Defendants' initial motion to dismiss that will address new allegations in the Amended Complaint, and corresponding increases to Plaintiffs' opposition and Named Defendants' reply.

Specifically, Named Defendants request that (i) Named Defendants' deadline to file a renewed motion to dismiss the Amended Complaint be extended by 7 days, from March 18, 2026, to March 25, 2026, and that the word limit be increased by 1,000 words, from 8,750 words to 9,750 words; (ii) Plaintiffs' deadline to file an opposition to Named Defendants' renewed motion to dismiss be extended by 7 days, from April 8, 2026, to April 15, 2026, and that the word limit be increased by 1,000 words, from 8,750 words to 9,750 words; and (iii) Named Defendants' deadline to file a reply be extended by 14 days, from April 22, 2026, to May 6, 2026, and that the word limit be increased by 400 words, from 3,500 words to 3,900 words. This is Named Defendants' second request for an extension

-2-

of time with respect to briefing deadlines, and the first request with respect to the present motion. The previous request was granted. (ECF No. 56.)

Plaintiffs do not oppose this request, subject to the corresponding deadline and word limit extensions to their opposition brief as provided above.

The parties are next scheduled to appear before the Court on May 21, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

The motion is granted. The Clerk of Court is directed to terminate ECF No. 77.

/s/ Kyle W. Mach
Kyle W. Mach (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
(650) 461-5600
machk@sullcrom.com

SO ORDERED:

Robert J. Giuffra, Jr.
Steven L. Holley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
giuffrar@sullcrom.com
holleys@sullcrom.com
gluecksteinb@sullcrom.com

The Honorable Jeannette A. Vargas
United States District Judge
Dated: March 13, 2026

Renata B. Hesse (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
(202) 956-7500
hesser@sullcrom.com

*Counsel for Named Defendants*