UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OPTIMUM COMMUNICATIONS, INC., et al.,

                Plaintiffs                        25-CV-09785 (JAV)

       -v-                                         ORDER

APOLLO CAPITAL MANAGEMENT, L.P., et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Per the Court's order on February 19, 2026, the parties submitted a joint letter regarding the scope of proposed discovery while Defendants' motion to dismiss remains pending. ECF No. 74 ("Ltr."). To be clear, the Court did not contemplate that no ESI searches would be conducted during this initial phase of discovery. Defendants are directed to produce hit counts with respect to Plaintiffs' proposed searches by March 19, 2026, as well as any other information that supports a burden argument, so that the Court may evaluate the soundness of the parties' respective positions.

      The Clerk of Court is directed to terminate ECF No. 63.

SO ORDERED.

Dated: March 16, 2026
       New York, New York

                                                       _____
                                                       JEANNETTE A. VARGAS
                                                       United States District Judge