SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 19, 2026

By ECF

Honorable Jeannette A. Vargas,
   United States District Judge,
      United States District Court for the Southern District of New York,
         500 Pearl Street,
            New York, New York 10007.

Re:    *Optimum Commc'ns, Inc. et al.* v. *Apollo Cap. Mgmt., L.P. et al.*,
        Case No. 1:25-cv-09785-JAV

Dear Judge Vargas:

I write on behalf of Defendants Apollo Capital Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree Capital Management, L.P., and PGIM, Inc. (collectively, "Defendants") as directed by the Court's March 16, 2026 Order regarding the scope of proposed discovery.  (ECF No. 79.)

Pursuant to the Court's Order, today Defendants produced to Plaintiffs initial hit-count information that Defendants have been able to assemble with respect to Plaintiffs' February 25 ESI-search proposal.  Those hit counts, which are set forth in Appendix A to this letter, reflect approximately 100,000 total document hits (not including full document families).  That figure is subject to certain limitations, particularly given that the hit counts were gathered on an expedited basis from eight separate Defendants using different systems, data environments, and search tools, and the data are not yet in a single, standardized form. Most importantly, the hit counts do not yet include families—groups of related files normally produced together—which will likely increase the volume of documents considerably. Defendants are working to collect the underlying custodial data into a centralized database, and will refine the results in the course of that work and through the meet and confer process with Plaintiffs.

Defendants understand the Court's guidance that some form of phased discovery is appropriate while the Court considers their motion to dismiss Plaintiffs' Amended Complaint, and Defendants intend to meet and confer with Plaintiffs for the purpose of refining the search terms, reducing the hit counts, and identifying a mutually

acceptable scope of discovery for the initial phase.[1]  Without such refinement, ESI discovery of this magnitude is unduly burdensome in light of the limited discovery that the Court ordered for this stage of the case.  Defendants' counsel estimates, based on a preliminary budget assembled for this volume of data, that it would cost at least $3 million to conduct a proper multi-level review of 100,000 documents (plus full document families), including the time and expense associated with collecting, processing, hosting, reviewing and logging for privilege, and producing the data (*but not* accounting for hours spent by attorneys to quality-control and manage the discovery).  Defendants therefore respectfully submit that the parties should meet and confer further to refine the proposed search terms and other parameters so that any phased ESI review is more manageable and proportionate, without requiring the Court's intervention at this time. Defendants are prepared to proceed promptly with that process and to update the Court further if helpful.

Respectfully submitted,

*/s/ Kyle W. Mach*
Kyle W. Mach (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
(650) 461-5600
machk@sullcrom.com

Robert J. Giuffra, Jr.
Steven L. Holley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
giuffrar@sullcrom.com
holleys@sullcrom.com
gluecksteinb@sullcrom.com

Renata B. Hesse (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
(202) 956-7500
hesser@sullcrom.com

*Counsel for Defendants*

(Attachment)

---

[1]    Defendants initially filed a motion to dismiss on February 6, 2026.  (ECF No. 64.) In response, Plaintiffs filed an amended complaint on February 25, 2026.  (ECF No. 73.) Defendants renewed motion to dismiss is due March 25, 2026.  (*See* ECF No. 78.)

# Appendix A

**<u>March 19, 2026 Report of Defendants' Preliminary Hit Counts for Plaintiffs' February 25, 2026 Discovery Proposal</u>**

**Apollo Capital Management, L.P.**

- Custodians:  Anthony Klarman; William Jones

| Search Term | Total Parent Emails | Total Docs (Parents + Families) |
|---|---|---|
| Optimum | 258 | 680 |
| OPTU | 15 | 137 |
| Altice | 905 | 2,664 |
| ATUS | 292 | 784 |
| CSC | 405 | 2,479 |
| Drahi | 51 | 272 |
| Archer | 404 | 952 |
| Cablevision | 148 | 473 |
| "Co-op" | 641 | 1,439 |
| "coop" | 1,237 | 2,878 |
| "cooperative" | 211 | 1,238 |
| "AHG" | 1,820 | 2,896 |
| "Ad Hoc Group" | 1,244 | 3,763 |
| "Ad Hoc" | 1,529 | 4,601 |
| "Steering Committee" | 335 | 966 |
| "SteerCo" | 3,082 | 5,466 |
| "Steer Co" | 7 | 50 |
| **Totals** (accounting for overlap) | 5,936 | 14,610 |

**Ares Management LLC**

- Custodians:  Felix Bernshteyn; Elton Cho

| Search Term | Elton Cho Emails | Felix Bernshteyn Emails |
| --- | --- | --- |
| Optimum | 283 | 286 |
| OPTU | 5 | 5 |
| Altice | 1,420 | 1,363 |
| ATUS | 249 | 301 |
| CSC | 388 | 390 |
| Drahi | 121 | 114 |
| Archer | 399 | 445 |
| Cablevision | 237 | 217 |
| Co-op OR coop OR cooperative OR AHG OR "Ad Hoc Group" OR "Ad Hoc" OR "Steering Committee" OR SteerCo OR "Steer Co" | 1,175 | 1,958 |

**BlackRock Financial Management, Inc.**

- Custodians:  Melvin Rosa; Nikhil Gadia

| Search Term | Vault Hits[1] | EXOL Hits |
|---|---|---|
| Optimum | 19 | 8 |
| OPTU | 0 | 0 |
| Altice | 5,224 | 1,362 |
| ATUS | 112 | 219 |
| CSC | 61 | 151 |
| Drahi | 2,972 | 303 |
| Archer | 157 | 348 |
| Cablevision | 91 | 46 |
| Co-op OR coop OR cooperative OR AHG OR "Ad Hoc Group" OR "Ad Hoc" OR "Steering Committee" OR SteerCo OR "Steer Co" | 11,239 | 2,750 |

---

[1]    BlackRock's emails/messages are stored in two separate databases.  These are reflected in the two columns for each search term.  These systems do not deduplicate information across the two databases, so the numbers set forth in the two columns may reflect double-counting of certain documents.

**GoldenTree Asset Management LP**

- Custodians:  Patrick Dyson; Daniel Flores

| Search Term | Hits |
|---|---|
| Optimum | 738 |
| OPTU | 80 |
| Altice | 3,893 |
| ATUS | 1,184 |
| CSC | 1,120 |
| Drahi | 305 |
| Archer | 1,063 |
| Cablevision | 712 |
| Co-op OR coop OR cooperative OR AHG OR "Ad Hoc Group" OR "Ad Hoc" OR "Steering Committee" OR SteerCo OR "Steer Co" | 18,621 |
| **Total** (accounting for duplicates) | 21,712 |

**J.P. Morgan Investment Management Inc.**

- Custodians:  Robert Cook; Mark Dunbar

| Search Term | Total Parent Emails | Total Docs (Parents + Families) |
|---|---|---|
| Optimum | 99 | 267 |
| OPTU | 1 | 1 |
| Altice | 1,090 | 3,200 |
| ATUS | 83 | 375 |
| CSC | 97 | 1,341 |
| Drahi | 265 | 532 |
| Archer | 193 | 258 |
| Cablevision | 10 | 236 |
| Co-op OR coop OR cooperative OR AHG OR "Ad Hoc Group" OR "Ad Hoc" OR "Steering Committee" OR SteerCo OR "Steer Co" | 4,632 | 10,593 |
| **Total** (accounting for duplicates) | 5,006 | 12,264 |

**Loomis, Sayles & Company**

- **Custodians**:  Colin Wilson Murphy; Peter Sheehan

| Search Term | Hits |
|---|---|
| Optimum | 50 |
| OPTU | 11 |
| Altice | 577 |
| ATUS | 112 |
| CSC | 60 |
| Drahi | 3 |
| Archer | 159 |
| Cablevision | 25 |
| Co-op | 139 |
| Coop | 286 |
| Cooperative | 13 |
| AHG | 268 |
| Ad Hoc Group | 126 |
| Ad Hoc | 151 |
| Steering Committee | 58 |
| SteerCo | 700 |
| Steer Co | 0 |

**Oaktree Capital Management, L.P.**

- **Custodians:**  David Brown; David Nicoll

**Documents (predominantly domain-limited custodial emails) hitting on search terms:** 35,962[2]

---

[2]    This figure represents the documents that hit on search terms within the custodial materials of Mr. Brown and Mr. Nicoll, added together.  Thus, the actual number of documents may be overstated.

**PGIM, Inc.**

- Custodians: Brian Clapp; Rishav Puri

Total Emails: 30,825 Emails (47,319 Documents including Families)

| Search Terms | Email Hit Count (does not include full families) |
|---|---|
| Optimum | 553 |
| OPTU | 109 |
| Altice | 4,519 |
| ATUS | 2,391 |
| CSC | 3,244 |
| Drahi | 92 |
| Archer | 912 |
| Cablevision | 2,630 |
| "Co-op" OR "coop" OR "cooperative" OR "AHG" OR "Ad Hoc Group" OR "Ad Hoc" OR "Steering Committee" OR "SteerCo" OR "Steer Co" | 20,993 |