**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPTIMUM COMMUNICATIONS, INC.; CSC HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOLLO CAPITAL MANAGEMENT, L.P.; ARES MANAGEMENT LLC; BLACKROCK FINANCIAL MANAGEMENT, INC.; GOLDENTREE ASSET MANAGEMENT LP; J.P. MORGAN INVESTMENT MANAGEMENT INC.; LOOMIS, SAYLES & COMPANY, L.P.; OAKTREE CAPITAL MANAGEMENT, L.P.; PGIM, INC.; Doe Entities #1-#1000, <br><br> Defendants. | Case No. 1:25-cv-9785 (JAV) <br><br><br> ORAL ARGUMENT REQUESTED |

## DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the supporting Declaration of Kyle W. Mach and the exhibits attached thereto, Defendants Apollo Capital Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree Capital Management, L.P., and PGIM, Inc. ("Defendants"), by and through their undersigned counsel, respectfully move this Court for an order dismissing the Amended Complaint (ECF No. 73) in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: March 25, 2026

Respectfully submitted,

/s/ Kyle W. Mach

Kyle W. Mach (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California  94301
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
machk@sullcrom.com

Robert J. Giuffra, Jr.
Steven L. Holley
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
giuffrar@sullcrom.com
holleys@sullcrom.com
gluecksteinb@sullcrom.com

Renata B. Hesse (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330
hesser@sullcrom.com

*Attorneys for Defendants*

-2-