**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

OPTIMUM COMMUNICATIONS, INC.;
CSC HOLDINGS, LLC,

                  Plaintiffs,

      v.

APOLLO CAPITAL MANAGEMENT,
L.P.; ARES MANAGEMENT LLC;
BLACKROCK FINANCIAL
MANAGEMENT, INC.; GOLDENTREE
ASSET MANAGEMENT LP; J.P.
MORGAN INVESTMENT
MANAGEMENT INC.; LOOMIS, SAYLES
& COMPANY, L.P.; OAKTREE CAPITAL
MANAGEMENT, L.P.; PGIM, INC.; Doe
Entities #1-#1000,

                  Defendants.

---

Case No. 1:25-cv-09785

**MOTION FOR WITHDRAWAL**
**OF COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Steven L. Holley of Sullivan & Cromwell LLP moves to withdraw as an attorney of record for Defendants Apollo Capital Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree Capital Management, L.P., and PGIM, Inc. ("Named Defendants"), in the above-captioned matter, because as of March 31, 2026, he will no longer be associated with Sullivan & Cromwell LLP.

Sullivan & Cromwell LLP will continue to represent the Named Defendants in this proceeding and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Steven L. Holley to withdraw as counsel for Named Defendants in this matter.

Dated:  April 1, 2026
       New York, New York

Respectfully submitted,

*/s/ Steven L. Holley*
Steven L. Holley
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
holleys@sullcrom.com

*Counsel for Named Defendants*

**SO ORDERED**:

_____

**CERTIFICATE OF SERVICE**

I, Steven L. Holley, hereby certify that on April 1, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my clients via email.

Dated:  April 1, 2026
   New York, New York        */s/ Steven L. Holley*
                   Steven L. Holley