UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
.
OPTIMUM COMMUNICATIONS, INC., et al.,                       :
.
                                    Plaintiffs,             :            25-CV-09785 (JAV)
.
              -v-                                           :                  ORDER
.
APOLLO CAPITAL MANAGEMENT, L.P., et al.,                    :
.
                                    Defendants.             :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On March 25, 2026, LSTA, Inc.; Securities Industry and Financial Markets Association; Managed Funds Association; Investment Company Institute; and Creditor Rights Coalition moved for leave to submit a brief as *amicus curiae* in support of Defendants' motion to dismiss. Proposed *amici* are "trade organizations that represent multiple participants in the credit markets, including lenders involved in the origination, syndication, and trading or commercial loans." ECF No. 90-1 at 1.

       "It is well-established that a district court has broad discretion to grant or deny an appearance as *amicus curiae* in a given case." *Picard v.* Greiff, 797 F. Supp. 2d 451, 452 (S.D.N.Y. 2011). "While there is certainly no requirement that *amici* be totally disinterested, the partiality of an *amicus* is a factor to consider in deciding whether to allow participation." *Id.* (cleaned up).

       Plaintiffs contend that proposed *amici*'s motion should be denied as their partiality in this matter is in question. Defendants are not only members of these trade organizations, but several of their executives sit on the Boards of four of the five groups. ECF No. 102 at 2. Additionally, one of the counsel for Defendants serves on the Board of two of these groups. *Id.*

       Given the close relationship of these trade organizations with Defendants, the Court finds that the participation of *amici* will not serve to provide the Court with "neutral assistance in analyzing the issues before it," *see In re Baldwin-United Corp.*, 607 F. Supp. 1213, 1327 (S.D.N.Y. 1985), and thus denies the motion to submit an *amicus curiae* brief.

       The Clerk of Court is directed to terminate ECF No. 89.

SO ORDERED.

Dated:  April 1, 2026
        New York, New York                        _____
                                                  JEANNETTE A. VARGAS
                                                  United States District Judge