**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| OPTIMUM COMMUNICATIONS, INC.; CSC HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOLLO CAPITAL MANAGEMENT, L.P.; ARES MANAGEMENT LLC; BLACKROCK FINANCIAL MANAGEMENT, INC.; GOLDENTREE ASSET MANAGEMENT LP; J.P. MORGAN INVESTMENT MANAGEMENT INC.; LOOMIS, SAYLES & COMPANY, L.P.; OAKTREE CAPITAL MANAGEMENT, L.P.; PGIM, INC.; Doe Entities #1-#1000, <br><br> Defendants. |

Case No. 1:25-cv-9785 (JAV)

**DECLARATION OF KYLE W. MACH IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

I, KYLE W. MACH, declare as follows:

1. I am an attorney admitted to practice before this Court *pro hac vice* and a partner of Sullivan & Cromwell LLP, counsel in the above-captioned action for Defendants Apollo Capital Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree Capital Management, L.P., and PGIM, Inc.  I respectfully submit this Declaration in support of Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint and to place certain documents before the Court.  I have personal knowledge of the facts stated in this declaration.

-2-

2.    Attached hereto as <u>Exhibit 14</u> is a true and correct copy of *The Wall Street Journal* article titled "Top Law Firm Kirkland & Ellis Faces Blowback Over Client's Credit-Market Cartel Lawsuit," dated December 11, 2025, available at https://www.wsj.com/articles/top-law-firm-kirkland-ellis-faces-blowback-over-clients-credit-market-cartel-lawsuit-972d1a70.  This article is referenced in Paragraph 135 n.71 of the Amended Complaint and on page 30 of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint. (ECF No. 107.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 6, 2026
        Palo Alto, California

*/s/ Kyle W. Mach*
Kyle W. Mach