# Exhibit 14

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/top-law-firm-kirkland-ellis-faces-blowback-over-clients-credit-market-cartel-lawsuit-972d1a70

EXCLUSIVE | **CREDIT MARKETS**

# Top Law Firm Kirkland & Ellis Faces Blowback Over Client's Credit-Market Cartel Lawsuit

Some of Kirkland's asset-management clients are discussing bringing legal work elsewhere after being named as defendants in an antitrust lawsuit by a telecom company the firm represents

**By Alexander Gladstone and Alicia McElhaney**

**WSJ PRO**    Dec. 11, 2025 7:25 pm ET



Kirkland & Ellis offices in Washington, D.C. PHOTO: KENT NISHIMURA/BLOOMBERG NEWS

An antitrust lawsuit filed against some of the largest asset-management firms is stirring business tensions for Kirkland & Ellis, a law firm with clients on both sides of the legal battle, people familiar with the matter said.

Optimum, the telecommunications company formerly known as Altice USA, last month filed an antitrust lawsuit naming eight defendants, including Apollo Global Management and Ares Management, many of whom are Kirkland & Ellis clients. The lawsuit alleges that the asset-management

funds conspired to fix Optimum's debt prices and made it more expensive for the company to obtain financing.

The complaint was filed on behalf of Optimum by law firm Kellogg Hansen Todd Figel & Frederick, known for antitrust matters. Kirkland, recently retained by Optimum, wasn't involved in preparing the lawsuit, which was under way months before Kirkland started working for the company. But some asset managers named as defendants have associated the lawsuit with Kirkland because the law firm advises Optimum on its creditor negotiations and financing transactions, they said.

David Nemecek, a Kirkland partner who is working on the corporate finance matters for Optimum, has publicly expressed his view that it may be illegal for asset managers to band together in so-called cooperation agreements, an increasingly widespread tactic in which investors form a united front to negotiate debt refinancings or restructurings.

Nemecek said on a Bloomberg panel over the summer that "people who enter into cooperation agreements should be careful," and that "there are serious legal considerations that they should be aware of, including the potential for antitrust claims."

In the wake of the lawsuit, some defendants have had discussions internally, among each other and with external advisers about curbing their use of Kirkland for certain legal work, the people said. At least one of the defendants has decided not to renew Kirkland for certain work when its current engagement with the firm rolls off, they said.

Kirkland, the world's largest law firm by revenue, is known for its well-established practices advising asset-management firms and companies on financial issues.

"Kirkland does not sue clients and did not here," a firm spokesperson said. "Kirkland represents Altice in transactional matters and not in the litigation."

Kirkland "has become one of the key architects of modern private equity and private credit deals," said Ludovic Phalippou, professor of financial economics at the University of Oxford. "So when a borrower now argues that these very structures and creditor co-ops are anticompetitive, you inevitably get situations where the same legal ecosystem is, in effect, litigating against structures it helped normalize."

Optimum said in its lawsuit the company was hoping to negotiate with individual creditors to refinance, repurchase or exchange their debt, but the cooperation pact blocked those efforts by banding creditors together to suppress competition and fix debt prices.

The company said the co-op group accumulated 99% of its outstanding loans and bonds earlier this year, giving it a dominant position that "dooms any effort by Optimum to break the cartel through market negotiations."

Optimum did manage to raise a $2 billion loan from J.P. Morgan the same day that it filed the lawsuit. The debt was secured by assets previously used as collateral for other debt. A separate unit of J.P. Morgan, meanwhile, is listed in the lawsuit as a defendant and signatory to the cooperation pact.

BlackRock, GoldenTree Asset Management, Loomis Sayles, PGIM and Oaktree Capital Management were the other funds listed as defendants. The co-op group, which is represented by Akin Gump Strauss Hauer & Feld, is also engaging antitrust counsel to fight the lawsuit, one of the people familiar with the matter said.

"It's the nature of the business. They're all big kids and it's to be expected. I don't view this as a lawsuit that's beyond the pale," said Mark Kronfeld, a

managing director at Province. As for Kirkland, Kronfeld said "they've built an enormous bankruptcy practice that flows from their private equity business. I see very little disrupting that."

Write to Alexander Gladstone at alexander.gladstone@wsj.com and Alicia McElhaney at alicia.mcelhaney@wsj.com