Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**Joseph L. Sorkin**
+1 212.872.7464
jsorkin@akingump.com

May 15, 2026

The Honorable Jeannette A. Vargas
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Optimum Commc'ns, Inc. v. Apollo Cap. Mgmt., L.P.*, No. 25-cv-9785 (S.D.N.Y.)

Dear Judge Vargas:

    Akin Gump Strauss Hauer & Feld LLP ("Akin") represents Defendants Apollo Capital
Management, L.P., Ares Management LLC, BlackRock Financial Management, Inc., GoldenTree Asset
Management LP, J.P. Morgan Investment Management Inc., Loomis, Sayles & Company, L.P., Oaktree
Capital Management, L.P., and PGIM, Inc. (the "Named Defendants") in the above-captioned matter.  We
write pursuant to Rules 1.4 and 7.1(e) of the Local Rules of the United States District Courts for the
Southern and Eastern Districts of New York to request that the appearances of attorneys Ira S. Dizengoff
and Philip C. Dublin of Akin be withdrawn.

    On January 14, 2026, counsel for the Plaintiffs requested that Akin withdraw entirely as counsel
in this action because the Plaintiffs believe, despite the early stage of the litigation and the pendency of
the Named Defendants' motion to dismiss this matter, that two Akin attorneys (Messrs. Dizengoff and
Dublin) may need to serve as fact witnesses given their historical and current role as restructuring counsel
to the parties to the cooperation agreement in the event the motion to dismiss is not granted in its entirety.
While the Defendants believe Plaintiffs' position is premature and meritless, in order to conserve judicial
resources and resolve an unnecessary dispute, the Defendants have agreed that Messrs. Dizengoff and
Dublin will withdraw their appearances.  Plaintiffs consent to this request.

    Both Sullivan & Cromwell LLP and Akin will continue to represent the Named Defendants in
this proceeding provided that Messrs. Dizengoff and Dublin will not appear before the Court on behalf of
the Named Defendants, and no party will be prejudiced if this Motion is granted.



May 15, 2026
Page 2

       Messrs. Dizengoff and Dublin do not assert a retaining or charging lien in connection with this action.  A copy of this motion has been served on all counsel of record via the CM/ECF system and on the Named Defendants via email.

Respectfully Submitted,

*/s/ Joseph L. Sorkin*

Joseph L. Sorkin

cc:  All counsel of record (via CM/ECF)