KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
————
(202) 326-7900
FACSIMILE:
(202) 326-7999

June 26, 2026

*Via ECF*

Hon. Jeannette A. Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   Plaintiffs' Motion to Seal Plaintiffs' Motion to Compel in *Optimum Commc'ns,*
> *Inc. v. Apollo Cap. Mgmt., L.P.*, No. 25-cv-9785 (S.D.N.Y.)

Dear Judge Vargas:

Under Rule 10(C) of Your Honor's Individual Rules and Practices, Optimum seeks leave to (i) file in redacted form Optimum's letter-motion to compel Defendants' compliance with Optimum's Requests for Production 11, 13, and 14, and (ii) file under seal the Cooperation Agreement that Defendants designated "Confidential" under the Protective Order (Dkt. 106), which is referenced in and attached to Optimum's letter as Exhibit D.

Optimum does not believe that its letter or the Cooperation Agreement need remain sealed, in light of the presumption favoring public access and document's centrality to the parties' dispute. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) (filings "relevant to the performance of the judicial function and useful in the judicial process" are considered "judicial documents" to which a presumption in favor of public access attaches); *United States v. Wells Fargo Bank N.A.*, 2015 WL 3999074, at *4 (S.D.N.Y. June 30, 2015) ("the mere fact that information is subject to a confidentiality agreement between litigants is not a valid basis to overcome the presumption in favor of public access to judicial documents").

Defendants, however, requested that Optimum seal the Cooperation Agreement and redact any quotations from it.[1] Optimum thus seeks to file these materials under seal to honor Defendants' designations under the Protective Order. *See* Dkt. 106 §§ 14-16. Under Rule 10(C) of Your Honor's Individual Rules and Practices, Optimum has concurrently filed the proposed

---

[1] The parties met and conferred via Zoom on June 22, 2026, for approximately 5 minutes. Present for Optimum were attorneys Josh Branson, Brenna Darling, and Jarrod Nagurka; present for Defendants were attorneys Brian Gluckenstein, Reneta Hesse, Martin Erreich, and Jason Winston.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Jeannette A. Vargas
June 26, 2026
Page 2

redacted version of its letter-motion and proposed sealed exhibit under seal, and have notified Defendants that they "must file, within three business days, a letter explaining the need to seal or redact the document."

Respectfully submitted,

/s/ *Joshua D. Branson*

Joshua D. Branson

CC (via EC): All Counsel of Record