# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

OPTIMUM COMMUNICATIONS, INC.;
CSC HOLDINGS, LLC,

    Plaintiffs,

    v.

APOLLO CAPITAL MANAGEMENT,
L.P.; ARES MANAGEMENT LLC;
BLACKROCK FINANCIAL
MANAGEMENT, INC.; GOLDENTREE
ASSET MANAGEMENT LP; J.P.
MORGAN INVESTMENT
MANAGEMENT INC.; LOOMIS, SAYLES
& COMPANY, L.P.; OAKTREE CAPITAL
MANAGEMENT, L.P.; PGIM, INC.; Doe
Entities #1-#1000.

    Defendants.

Case No. 25-cv-9785

## CERTIFICATE OF SERVICE PURSUANT TO STANDING ORDER M10-468

Pursuant to Standing Order M10-468, I hereby certify that on June 26, 2026, true and correct copies of the sealed and unredacted versions of Plaintiffs' Motion to Compel Defendants to Produce Documents Responsive to Requests 11, 13, and 14 and Exhibit D have been served on all counsel of record via email.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Joshua D. Branson*

Joshua D. Branson
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com

*Counsel for Plaintiffs*