**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OPTIMUM COMMUNICATIONS, INC.;<br>CSC HOLDINGS, LLC,<br>Plaintiffs,<br><br>v.<br><br>APOLLO CAPITAL MANAGEMENT, L.P.; ARES MANAGEMENT LLC; BLACKROCK FINANCIAL MANAGEMENT, INC.; GOLDENTREE ASSET MANAGEMENT LP; J.P. MORGAN INVESTMENT MANAGEMENT INC.; LOOMIS, SAYLES & COMPANY, L.P.; OAKTREE CAPITAL MANAGEMENT, L.P.; PGIM, INC.; Doe Entities #1-#1000,<br><br>Defendants. | Case No. 1:25-cv-9785 (JAV)<br><br>**JOINT MOTION FOR STAY** |

Plaintiffs Optimum Communications, Inc. and CSC Holdings, LLC (together, "Plaintiffs") and Defendants Apollo Capital Management, L.P.; Ares Management LLC; BlackRock Financial Management, Inc.; GoldenTree Asset Management LP; J.P. Morgan Investment Management Inc.; Loomis, Sayles & Company, L.P.; Oaktree Capital Management, L.P.; and PGIM, Inc. (together, "Named Defendants"), jointly move this Court to enter a 30-day stay. In support of this joint motion, the parties state as follows:

1. The parties are in settlement negotiations to potentially resolve the claims in this case.
2. To avoid unnecessary litigation burdens, to conserve the Court's resources as it considers Named Defendants' pending motion to dismiss, and to maintain the status quo while the parties attempt to reach resolution, the parties request a stay for 30 days pending their ongoing settlement discussions.
3. If no settlement is reached in the next 30 days, the parties propose to file a joint status report at the end of the 30-day stay period with proposed next steps in this matter, including whether the parties request an additional stay period.

THEREFORE, the parties respectfully request that the Court stay all proceedings in this matter for 30 days, through December 23, 2026.

Dated: November 23, 2026

Respectfully submitted,

/s/ *Joshua D. Branson*
Joshua D. Branson (*pro hac vice*)
David L. Schwartz (*pro hac vice*)
Thomas G. Schultz (*pro hac vice*)
Kyle B. Grigel (*pro hac vice*)
Brenna L. Darling (*pro hac vice*)
Jarrod A. Nagurka (*pro hac vice*)
KELLOGG, HANSEN, TODD
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
(202) 326-7900
(202) 326-7999 (fax)
jbranson@kellogghansen.com
dschwarz@kelloghanse.com
tschultz@kellogghanse.com
kgrigel@kellogghansen.com
bdarling@kellogghansen.com
jnagurka@kellogghansen.com

*Counsel for Plaintiffs*

/s/ *Kyle W. Mach*
Kyle W. Mach (*pro hac vice*)
Rebecca L. Sciarrino (*pro hac vice*)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
machk@sullcrom.com
sciarrinor@sullcrom.com

Robert J. Giuffra, Jr.
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
giuffrar@sullcrom.com
gluecksteinb@sullcrom.com

Renata B. Hesse (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
hesser@sullcrom.com

*Counsel for Named Defendants*